WILLIAM H. LUNNEY, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

LEWIS C. MITCHELL, as Sole Surviving Partner, etc., Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Appeal withdrawn, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

STELLA OKOLITA, an Infant, by BARBARA OKOLITA, Her Guardian ad Litem, Respondent, v. PHILIP YELIN, etc., Appellant.—Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

WALTER E. PARFITT, Respondent, v. THE SAVARESE HOUSE WRECKAGE COMPANY, Appellant.—Appeal dismissed, without costs. Jenks, P. J., Mills, Putnam, Blackmar and Jaycox, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOROTHY BYRNE, Appellant.— Judgment of conviction of the Court of Special Sessions, and order denying new trial affirmed. We think, however, that pursuant to the provisions of section 543 of the Code of Criminal Procedure, as amended by Laws of 1919, chapter 282, we should reduce the sentence imposed, and it is so reduced to imprisonment for thirty-seven days. As the defendant since her conviction has been confined in the jail for that period, she may now be discharged from further imprisonment. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

CARROLL SINNOTT and Others, Respondents, v. JOHN G. McLAUGHLIN and Others, Appellants, Impleaded with HELEN McLAUGHLIN and Another, Defendants.— Judgment reversed, with one bill of costs to appellants to abide the event, and plaintiffs' motion for judgment on the pleadings denied, with ten dollars costs. The answers of the infant and adult defendants and by the defendants executors present issues to be determined by trial — (1) as to the existence of the trust declared in the deed mentioned in the complaint (*Bates* v. *L. M. Co.*, 130 N. Y. 200, 205; *Wright* v. *Douglass*, 7 id. 564); (2) as to delivery of the deed; (3) as to possession of the real property by plaintiffs, required by Code of Civil Procedure, section 1638. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

MICHAEL SPANO, Respondent v. CHRISTOPHER MEHLING and Others, Defendants, Impleaded with WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Order modified so as to require particulars of want of probable cause, but not as to malice; and demands numbered 1, 2, 3 and 4 are restricted to acts which plaintiff relies on to show want of probable cause. As thus modified the order is affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

JOSEPH SPANO, Respondent, v. CHRISTOPHER MEHLING and Others, Defendants, Impleaded with WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Order modified so as to require particulars of want of probable cause, but not as to malice; and demands numbered 1, 2, 3 and 4 are restricted to acts which plaintiff relies on to show want of probable cause. As thus modified the order is affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.